No. 96–6507. HARRISON v. CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 96–6514. IVY v. MILLER, SUPERINTENDENT, BOONVILLE CORRECTIONAL CENTER. C. A. 8th Cir. Certiorari denied.

No. 96–6516. JONES v. NORTH CAROLINA. Super. Ct. N. C., Wake County. Certiorari denied.

No. 96–6517. PARKER v. NORRIS, DIRECTOR, ARKANSAS DEPARTMENT OF CORRECTION. C. A. 8th Cir. Certiorari denied.

No. 96–6519. WILSON, v. BOWERS, ATTORNEY GENERAL OF GEORGIA, ET AL. C. A. 11th Cir. Certiorari denied.

No. 96–6521. CRAVEN v. BI-LO, INC., ET AL. C. A. 6th Cir. Certiorari denied.

No. 96–6531. JAAKKOLA v. COUNTY OF ASHLAND, WISCONSIN. Ct. App. Wis. Certiorari denied.

No. 96–6534. HUNTLEY v. MAINE. Sup. Jud. Ct. Me. Certiorari denied.

No. 96–6543. STADLER v. OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied.

No. 96–6544. HAYNES v. PATTERSON. Dist. Ct. App. Fla., 1st Dist. Certiorari denied.

No. 96–6546. FERGUSON v. DUNCIL, WARDEN. C. A. 4th Cir. Certiorari denied.

No. 96–6549. LANE v. RUSSELL, WARDEN, ET AL. Ct. App. Ohio, Warren County. Certiorari denied.

No. 96–6554. MARSHALL v. KEMP ET AL. C. A. 5th Cir. Certiorari denied.

No. 96–6557. COLE v. NORTH CAROLINA. Sup. Ct. N. C. Certiorari denied.

No. 96–6582. ALI, AKA PERKINS v. GOMEZ, DIRECTOR, CALIFORNIA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 9th Cir. Certiorari denied.